UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RENE HERNANDEZ DEGROS,
    Plaintiff,

v.                                                                                              CASE NUMBER: 98-2008 (HL)

UNITED STATES OF AMERICA
    Defendants.

## MINUTES

On this same date, the Court held a pre-trial conference in the present case, and hereby enters the following order:

1) The Court hereby **denies** defendant's motion to exclude plaintiff's expert witness, Dr. Arnold Sadwin, **(Dkt. No. 14),** but limits the expert's testimony to the opinions addressed in the letter/report. Defendant may either depose the expert or send him interrogatories. The deadline for providing notice of the interrogatories is ten days, as is the time period for notifying the date of the deposition. If a deposition is taken, it shall be scheduled at least three weeks prior to trial.

2) Testimony of Lieutenant Michael Amis shall be permitted provided that defendant makes this witness available to plaintiff in Norfolk, Virginia at least two weeks prior to trial. **Docket number 16 is therefore granted.**

2) The Pre-trial order is modified as follows:
    A) Plaintiff's witnesses as indicated by numbers 7, 8, 9, 11, 12, and 13 are excluded from testifying as per the parties' agreement. Defendant admits authenticity of the medical records in lieu of the witnesses testifying. Witnesses 1, 2, 3, 4, 5, 6, and 10 remain.
    B) Plaintiff's exhibits 22 and 23 (newspaper articles), shall not be admitted into evidence. The rest shall be admitted.

4) This case is set for trial on **April 19, 2000, at 9:00 a.m.**, and is hereby referred to visiting Judge Ward for a settlement conference on **February 28, 2000.**

Date 2-9-00                                HECTOR M. LAFFITTE
                                                     Chief U.S. District Judge