UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RENE HERNANDEZ DEGROS,
    Plaintiff,

v.                                   CASE NUMBER: 98-2008 (HL)

UNITED STATES OF AMERICA
    Defendants.

### ORDER

This case is hereby referred to visiting Judge Ward for a settlement conference on **February 28, 2000**, at a time to be set by Judge Ward. This date has been agreed upon by the parties, and is set specifically for that date due to defendant counsel's schedule of trials he must attend to in the States from February 13-15 and 22-25.

Date 2-9-00                    HECTOR M. LAFFITTE
                                     Chief U.S. District Judge

ORDER

DUE TO CALENDAR CONFLICT, THE PARTIES ARE HEREBY INSTRUCTED TO MEET WITH HONORABLE ROBERT J. WARD ON TUESDAY, FEBRUARY 29, 2000 AT 9:00 AM FOR A SETTLEMENT CONFERENCE.

FRANCES RIOS DE MORAN
CLERK OF COURT

Operations Manager