# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

René Hernández Degros
         v.
U.S.A.

CASE NUMBER: 98-2008 (HL)

| MOTION | ORDER |
|---|---|
| **Date Filed:** 3.30.00  **Docket # 21**<br>[x] **Plffs**  [ ] **Defts**  [ ] **Other**<br>**Title:** Motion regarding voluntary dismissal | Granted. Judgment shall be entered dismissing this case with prejudice and without costs or attorney's fees. |

March 31, 2000

HECTOR M. LAFFITTE
Chief U.S. District Judge


