ENTERED ON DOCKET
4/3/00
PURSUANT
TO FRCP RULES 58 & 79a

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

René Hernández Degros
   v.
U.S.A.

CASE NUMBER: 98-2008 (HL)

## JUDGMENT

The Court having granted Plaintiff's motion for voluntary dismissal, judgment is hereby entered dismissing this case with prejudice and without costs or attorney's fees.

March 31, 2000

HECTOR M. LAFFITTE
Chief U.S. District Judge